IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| JAY JENKINS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO. 3:12-cv-00061-JRH-WLB |
| | ) |
| ZAKHEIM & LAVRAR, P.A., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

**RESPECTFULLY SUBMITTED** this 27th day of September, 2012.

s/ Dennis R. Kurz
Dennis R. Kurz
Georgia Bar No. 430489
WEISBERG & MEYERS, LLC
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com
Attorneys For Plaintiff, Jay Jenkins, Jr.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of District Court, Southern District of Georgia using the CM/ECF system. Copy of the foregoing was mailed to:

Mr. John Bedard
Bedard Law Group
2810 Peachtree Industrial Blvd
Suite D
Duluth GA 30097
Attorney for Defendant

        WEISBERG & MEYERS, LLC

        s/ Dennis R. Kurz
        Dennis R. Kurz
        Georgia Bar No. 430489
        WEISBERG & MEYERS, LLC
        dkurz@attorneysforconsumers.com